UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN MARGOSIAN #799744,

      Plaintiff,

v.

                                        Case No: 1:21-cv-1061

UNKNOWN MARTINSON et al,

                                        HON. ROBERT J. JONKER

      Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 19, 2025 (ECF No. 155). The Report and Recommendation was duly served on the parties and an order granting plaintiff's motion for extension of time to file objections was entered on March 10, 2025 (ECF No. 161). No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 155) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that MDOC defendants Bellinger, Martinson and Sheppard's motion for summary judgment (ECF No. 132) is **GRANTED**; defendant Dr. Crompton's motion for summary judgment (ECF No. 134) is **GRANTED**; and plaintiff Margosian's motion for summary judgment (ECF No. 135) is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:   March 17, 2025            /s/ Robert J. Jonker_____
                                   ROBERT J. JONKER
                                   UNITED STATES DISTRICT JUDGE