FILED - GR
April 10, 2025 11:46 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB /4/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHRISTIAN MARGOSIAN #799744,**

    *Plaintiff,*

v.

**C/O JUSTIN MARTINSON, C/O DAVID SHEPPARD, JACK D. BELLINGER, RN, DR. ROBERT CROMPTON,**

    *Defendants*.

Case No. 1:21-cv-1061
Magistrate Judge: Hon. Ray Kent
U.S. Dist. Court Judge: Hon. Robert J. Jonker

---

Christian Margosian
42049 Arcadia
Sterling Heights, MI 48313
**Plaintiff In Pro Per**
(586) 206-3577
christian.margosian11@gmail.com

Thomas G. Hackney (P80463)
Conner McLaughlin (P83229)
*Hackney Odlum & Dardas*
**Attorneys for Def. Crompton**
10850 E. Traverse Hwy., Ste. 4440
Traverse City, MI 49684
(231) 642-5026
Thackney@hodlawyers.com
cmclaughlin@hodlawyers.com

O.G. Reasons (P80463)
Michigan Dept. of Attorney General
**Attorney for MDOC Defendants Martinson, Bellinger & Sheppard**
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
reasonso@michigan.gov

---

### PLAINTIFF'S MOTION TO WAIVE FILING FEE FOR APPEAL TO THE SIXTH CIRCUIT

**COMES NOW**, Plaintiff, Christian Margosian *("Plaintiff"),* requesting of the Court to waive the filing fee for appeal ($605) based on Plaintiff being indigent. Plaintiff was released from incarceration on February 20, 2025. He has not obtained employment at this this. And he has no assets or cash. Due to Plaintiff's indigency status, he is enrolled in

1

government food stamps and government Medicaid. Plaintiff will be taking the appeal and continuing in *pro se*.

**I, Christian Margosian, do hereby swear that the foregoing is true and correct.**

Respectfully submitted,

*[signature]*                                                         April 7, 2025

Christian Margosian
42049 Arcadia
Sterling Heights, MI 48313
*Plaintiff Pro Se*

Christian May
42049 Arcadia
Sterling Heights, MI 48313

METROPLEX MI 480
7 APR 2025 PM 8 L

Clerk of the Court
United States District Court
Western District of Michigan
399 Federal Bldg.
110 Michigan St NW
Grand Rapids, MI 49503

49503-236399